IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIELLE M. STETSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3037 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Plaintiff's motion for extension of time to submit a brief (filing 14). The motion shall be granted.

IT IS ORDERED:

1. Plaintiff's brief shall be filed by July 19, 2010;

2. Defendant's brief shall be filed by August 18, 2010;

3. Plaintiff may file a reply brief by September 1, 2010;

4. This case shall be ripe for decision on September 2, 2010.

June 21, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge