IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIELLE M. STETSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3037 |
| | ) | |
| V. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | **ORDER** |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on Defendant's motion for extension of time to respond to Plaintiff's brief (filing 17).  The motion shall be granted.

IT IS ORDERED:

1.    Defendant's brief shall be filed by September 17, 2010;

2.    Plaintiff may file a reply brief by October 1, 2010;

3.    This case shall be ripe for decision on October 2, 2010.

August 18, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge